# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, <br><br> Plaintiff, <br><br> v. <br><br> IRS, et al., <br><br> Defendants. | 1:09cv0345 OWW DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> (Document 7) |

     Plaintiff, appearing pro se and in forma pauperis, filed the instant action on February 25, 2009.

     On March 18, 2009, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND. The Findings and Recommendation was served on Plaintiff and contained notice that any objections were to be filed within thirty (30) days. On March 30, 2009, Plaintiff filed Objections to the Findings and Recommendation. On March 31, 2009, Plaintiff also filed a document entitled "Supplemental Statement of Jurisdiction Supporting Objection to Magistrate Judge's Findings and Recommendations."

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation dated March 18, 2009, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   April 9, 2009**                             /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE